**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven R. HARDY, Defendant– Appellant.**

No. 12–11140

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 27, 2012.

Michelle Thresher Taylor, Robert E. O'Neill, Yvette Rhodes, Christopher P. Tuite, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Tracy N. DaCruz, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Steven R. Hardy, Coleman, FL, pro se.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Steven Hardy in this appeal of the denial of an 18 U.S.C. § 3582(c)(2) motion, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Hardy's § 3582(c)(2) motion is **AFFIRMED.**